UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 14-1558 AG (JCGx) | Date | December 4, 2015 |
|---|---|---|---|
| Title | *Tejwant S. Bal v. New Penn Financial LLC, et al.* | | |

| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | |
|---|---|---|
| Kristee Hopkins | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY PLAINTIFF, DEFENDANT, AND THEIR RESPECTIVE COUNSEL SHOULD NOT BE SANCTIONED**

By notice of motion dated November 3, 2015, defendant New Penn Financial LLC ("Defendant") scheduled a motion to compel ("Motion") for hearing ("Hearing") on December 3, 2015, at 10:00 a.m. [Dkt. No. 45.]

By order dated November 23, 2015, the Court directed plaintiff Tejwant S. Bal ("Plaintiff") and Defendant to meet and confer concerning the relief sought by the Motion. [Dkt. No. 46.]

On December 2, 2015, Defendant filed a Declaration advising that "the parties have been unable to resolve their current discovery dispute," and that, as such, "[Defendant] has not withdrawn its Motion to Compel." [Dkt. No. 47 at 2-3.]

Notably, Defendant reminded the Court and Plaintiff that the Motion was scheduled to be heard *the following day*, December 3, 2015, at 10:00 a.m. [*Id.* at 1.]

Accordingly, the Court prepared to hear the Motion.

On December 3, 2015, at 10:00 a.m. – the date and time noticed by Defendant – no appearance was made by or on behalf of either party.

Accordingly, the Court hereby **ORDERS** Plaintiff, Defendant, and their respective counsel, to show cause, in writing, on or before **December 11, 2015**, why **each** should not be **SANCTIONED** for failing to appear at the Hearing.  *See* C.D. Cal. L.R. 7-14 (requiring counsel for each party to be present on hearing date); 83-7 (authorizing sanctions for violation of any Local Rule).

*It is so ordered.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 14-1558 AG (JCGx) | Date | December 4, 2015 |
|---|---|---|---|
| Title | *Tejwant S. Bal v. New Penn Financial LLC, et al.* | | |

cc: Parties of Record

00 : 00

Initials of Clerk      kh